Government Employees Credit Union v. McCown 



IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-632-CV





GOVERNMENT EMPLOYEES CREDIT UNION AND KAREN MILLER BRENNER,


 RELATORS


vs.





THE HONORABLE F. SCOTT MCCOWN, JUDGE,


 RESPONDENT



 




ORIGINAL PROCEEDING FROM TRAVIS COUNTY


 





PER CURIAM

 This original proceeding involves the propriety of interlocutory protective and
sealing orders rendered by the district court in the underlying cause, Texas Share Guaranty Credit
Union v. Exxon Baytown Credit Union, No. 92-14472 (200th Dist. Ct., Travis County, Tex.). 
The district court rendered the protective and sealing orders to prevent the dissemination of
documents and information that are allegedly confidential by law. Texas Credit Union Act, Tex.
Rev. Civ. Stat. Ann. arts. 2461-5.09, 2461-11.10, 2461-11.12 (West Supp. 1993); 7 Tex. Admin.
Code §§ 95.503, .505 (1988 & Supp. 1992-1993).

 After relators filed their motion for leave to file a petition for writ of mandamus,
the district court dismissed the underlying cause with prejudice on January 22, 1993. The order
of dismissal did not incorporate the terms of the interlocutory protective and sealing orders;
therefore, these orders are no longer in effect. See Scherff v. Missouri Pac. Ry., 17 S.W. 39
(Tex. 1891).

 The subject matter of this action is moot; therefore, we dismiss the petition for writ
of mandamus as moot. See Brawner v. Arellano, 758 S.W.2d 765 (Tex. 1988).


[Before Chief Justice Carroll, Justices Aboussie and Jones]

Dismissed as Moot

Filed: March 10, 1993

[Do Not Publish]